AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



Case #: **22-CI-00068**

Court: **CIRCUIT**

County: **GARRARD**

# CIVIL SUMMONS

*Plantiff,* **BANADOS, LESLIE VS. ALTO-SHAAM, INC.**, *Defendant*

TO: **ALTO-SHAAM, INC.**
   **ERIK K. EISENMANN**
   **511 NORTH BROADWAY, SUITE 1100**
   **MILWAUKEE, WI 53202**

The Commonwealth of Kentucky to Defendant:
**ALTO-SHAAM, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Dana Hensley, Garrard
Circuit Clerk
Date: **4/19/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____          _____
                                                    Served By

                                           _____
                                                    Title

---

Summons ID: 452290730319200@00000060089
CIRCUIT: 22-CI-00068 Certified Mail
BANADOS, LESLIE VS. ALTO-SHAAM, INC.



Page 1 of 1





This page was intentionally left blank

**COMMONWEALTH OF KENTUCKY**
**GARRARD CIRCUIT COURT**
**DIVISION ___**

CIVIL ACTION NO. _____

LESLIE BANADOS                                                                    **PLAINTIFF**

v.

ALTO-SHAAM, INC.                                                                **DEFENDANT**

> Serve: **Erik K. Eisenmann**
> **Husch Blackwell, LLP**
> **511 North Broadway**
> **Suite 1100**
> **Milwaukee, Wisconsin 53202**

---

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

---

Comes the Plaintiff, Leslie Banados (hereinafter "Banados"), by and through the undersigned counsel, and for her Verified Complaint and Demand for Jury Trial, hereby states as follows:

1. Banados is a resident of the Commonwealth of Kentucky, and currently resides in Garrard County, Kentucky. Banados was, and had been for many years, an employee of the Defendant, Alto-Shaam, Inc.

2. The Defendant, Alto-Shaam, Inc. ("ASI") is a foreign corporation with its principal address located at W164N9221 Water St, Menomonee Falls, Wisconsin 53051. ASI has failed to designate an agent for service of process with Kentucky's Secretary of State, but ASI has agreed to be served through its attorney, listed above.

3. This Court has subject matter jurisdiction over this action and personal jurisdiction over

1



the Defendant, the amount in controversy is sufficient to meet this Court's minimal jurisdictional requirements, and venue is appropriate in Garrard Circuit Court.

### GENERAL FACTUAL ALLEGATIONS

4. Banados repeats and incorporates the allegations contained in numerical paragraphs 1-3 of the Verified Complaint and Demand for Jury Trial as if fully restated herein.

5. Banados became employed by ASI on or about January 25, 2016, as its Vice President of National Accounts for Food Service.

6. Throughout her employment for ASI, she received excellent performance appraisals and was never the subject of any discipline. In fact, in July 2021, Banados' work performance was reviewed by ASI and she was scored to have consistently met and occasionally exceed all of her job duties.

7. On January 19, 2022, Banados received another excellent employment evaluation from ASI and was given a substantial raise, just days before her illegal termination.

8. In late 2021, Banados (a female) participated in a personal, group text thread started by a male employee in which several similarly-situated ASI employees complained about work issues and joked about how they might leave ASI after they received their gain share bonus. In addition to the male who started the thread, there was also another similarly-situated male on the personal thread. All of the ASI employees on this personal thread were engaged in the exact same activity.

9. On a similar and related thread with Banados and a male employee, was an ASI Board member and daughter of the owner of ASI. This Board member took these complaints to ASI, under the guise that she was trying to help the situation. This Board member told Banados to be completely honest if she was asked about her complaints, and that no one was getting fired for

2

raising these complaints.

10.  In January 2022, Banados was called into a meeting with her supervisor and a representative from ASI's human resources department. Banados was told that this meeting was a follow up of her recent performance evaluation, but when she arrived she was asked about the group text thread mentioned above.

11.  Banados was completely honest when answering questions about the text thread, and assured the participants that the people on the text thread were simply joking about leaving ASI.

12.  Banados then engaged in a one-on-one meeting with the human resources representative, where she raised complaints about being passed over for various promotions for which she had applied at ASI, and further assured the human resources representative that she wanted to move forward with her career at ASI.

13.  On January 26, 2022, Banados was fired by ASI (almost immediately after raising her complaints about ASI's failure to promote her).  The rationale given was her participation in the text thread, and that ASI did not like how she responded to their questions about the text thread. In fact, Banados fully and honestly answered all questions ASI had about the text thread, and was not confrontational or disrespectful in any way.

14.  Neither of the similarly-situated male employees involved in the text thread were similarly terminated. In fact, upon information and belief, the similarly-situated male employee who started the text thread lied about his involvement in same to ASI. This employee was not terminated, but rather ASI has put him on a path to promotion, the same path it had frequently denied Banados.

15.  The other similarly-situated male employee involved in the text thread was not

3

similarly disciplined and continues to work for ASI to this day.

16.  After she was terminated, Banados, through her attorney, raised complaints of gender discrimination with ASI relating to her employment and termination.

17.  In response, and without any factual basis whatsoever, ASI then threatened to counter-sue Banados for an alleged violation of an April 4, 2016, Non-Competition Agreement which she allegedly signed while working for ASI. ASI had no factual basis to believe that Banados ever violated or breached this agreement in any way. Further, ASI is aware of former male employees who are/were in actual breach of similar agreements and ASI has made no threats of litigation against these male employees, much less has it sued to enforce its alleged rights under such agreements.

18.  Banados is not and has never been in breach of the agreement, and ASI's threats, without any factual basis whatsoever to support same, constitute post-termination retaliation made illegal under KRS Chapter 344, *et seq*.

## COUNT I

## GENDER DISCRIMINATION
### (TERMINATION AND FAILURE TO PROMOTE)

19.  Banados repeats and incorporates the allegations contained in numerical paragraphs 1-18 of the Verified Complaint and Demand for Jury Trial as is fully restated herein.

20.  At all times relevant herein, Banados was a member of a protected class (female).

21.  At all times relevant herein, Banados was qualified for the job which she performed for ASI.

22.  Adverse employment action, in the form of both an illegal termination and a failure to promote, has been taken against Banados because of her gender.

4

Filed      22-CI-00068    04/19/2022    Dana Hensley, Garrard Circuit Clerk

23. ASI has continued to seek applicants for the job previously held by Banados.

24. The purported rationale for taking the adverse employment actions against Banados is pre-textual, and the true reason is gender discrimination.

25. As a direct and proximate result of ASI's impermissible and discriminatory conduct and omissions, Plaintiff is entitled to recover her actual damages sustained as a result, including compensatory damages for past, present and future lost wages, benefits, and other privileges of her employment with ASI, and damages for humiliation, embarrassment, personal indignity, and emotional distress, in an amount in excess of the jurisdictional limits of this Court, and is further entitled to recover her Court costs and reasonable attorneys' fees incurred, all from ASI, in accordance with KRS Chapter 344, *et seq.*

## COUNT II

### POST-TERMINATION RETALIAITION UNDER KRS 344.280

26. Banados repeats and incorporates the allegations contained in numerical paragraphs 1-27 of the Verified Complaint and Demand for Jury Trial as is fully restated herein.

27. Banados, when reporting gender discrimination through her attorney following her illegal termination, was engaged in a protected activity.

28. The Defendant was well aware of the fact that Banados has engaged in these protected acts.

29. ASI retaliated against Banados following her termination for reporting the gender discrimination taken against her by threatening unfounded litigation against her.

30. There is a causal relationship between Banados engaging in these protected acts and the Defendant's actions towards her.

5

31.    The purported rationale for taking the adverse employment actions against Banados is pre-textual, and the true reason is illegal retaliation.

32.    As a direct and proximate result of ASI's impermissible and retaliatory conduct and omissions, Banados is entitled to recover her actual damages sustained as a result, in an amount in excess of the jurisdictional limits of this Court, and is further entitled to recover her Court costs and reasonable attorneys' fees incurred, under KRS Chapter 344, from ASI.

WHEREFORE, Banados requests the following relief from this Court:

1.    For trial by jury;

2.    On Count I, for compensatory damages, court costs, and attorney's fees from the Defendant, ASI.

3.    On Count II, for compensatory damages, court costs, and attorney's fees from the Defendant, ASI;

4.    For her court costs and attorneys' fees;

5.    Pre and post-judgment interest on all such damages at the highest allowable rate; and

6.    For any and all other relief, equitable or otherwise, to which she may appear entitled.


Respectfully submitted,

ARNOLD & MILLER, P.L.C.


Christopher D. Miller
121 Prosperous Place, Suite 6B
Lexington, Kentucky 40509
Telephone: (859) 381-9999
Facsimile: (859) 389-6666
E-mail: cmiller@arnoldmillerlaw.com

6

## VERIFICATION OF LESLIE BANADOS

I have read the foregoing and the factual allegations contained therein are true and accurate to the best of my knowledge and belief.

LESLIE BANADOS

COMMONWEALTH OF KENTUCKY   )
                                                      )
COUNTY OF FAYETTE                        )

Subscribed and sworn to before me this the 19th day of April , 2022, by Leslie Banados.

My Commission expires: 3 / 7 / 26

Emily Simpson  ID# 46647
NOTARY PUBLIC, STATE-AT-LARGE

7

This page was intentionally left blank

| AOC-104    Doc. Code: CCCS<br>Rev. 9-21<br>Page 1 of 1<br><br>Commonwealth of Kentucky<br>Court of Justice    *www.kycourts.gov* | <br><br>**CIVIL CASE COVER SHEET** | Case No.: _____<br><br>Court: _Circuit_____<br><br>County: Garrard ▼<br><br>Division: _____ |

**PLAINTIFF/PETITIONER** *OR* **IN RE/IN THE INTEREST OF:**
LESLIE BANADOS
_____

**DEFENDANT/RESPONDENT**, *if applicable:*
ALTO-SHAAM, INC.
_____

☐   Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF**
(a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:**   Place a "X" to the left of the *ONE* case category that most accurately describes your *PRIMARY CASE*. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS**
☐ Dissolution/Divorce with Children (DISSOC)
☐ Dissolution/Divorce without Children (DISSO)
☐ Paternity (PA)
☐ Custody (CUSTO)
☐ Child Support IV-D (SUPIV)
☐ Child Support Private Non IV-D (SUPPRI)
☐ URESA/UIFSA (UR)
☐ Visitation/Parenting Time (VISIT)
☐ Voluntary Termination of Parental Rights (VTPR)
☐ Involuntary Termination of Parental Rights (ITPR)
☐ Adoption (ADPT)
☐ Other: (DFOTH) _____
_____

**PROBATE / ESTATE**
☐ Guardianship-Adult (GCADLT)
☐ Guardianship-Juvenile (GCJUV)
☐ Adult Conservatorship - Trusteeship (CONSVA)
☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
☐ Probate-Testate (with a will) (PBTEST)
☐ Probate-Intestate (without a will) (PBINT)
☐ Petition to Dispense with Administration (PBDIS)
☐ Name Change (NC)
☐ Will Contest (WC)
☐ Other: (PBOTH) _____

**TORT** (Injury)
☐ Automobile (AUTO)
☐ Intentional (INTENT)
☐ Malpractice-Medical (MDML)
☐ Malpractice-Other (MLOTH)
_____
☐ Premises Liability (PREM)
☐ Product Liability (PROD)
☐ Property Damage (PD)
☐ Slander/Libel/Defamation (SLAND)
☐ Other: (PIOTH)
_____
_____

**REAL PROPERTY**
☐ Abandoned and Blighted Property Conservatorship (PC)
☐ Property Rights (PR)
☐ Condemnation (DOMAIN)
☐ Forcible Detainer - Eviction (FD)
☐ Forcible Entry (FENTRY)
☐ Foreclosure (FCL)
☐ Other: (COOTH) _____

**EMPLOYMENT**
☑ Employment-Discrimination (DSCR)
☐ Employment-Other (DISPU)
_____

**CONSUMER**
☐ Seller Consumer Goods (DEBTG)
☐ Seller Consumer Services (DEBTS)
☐ Buyer Consumer Goods (BUYERG)
☐ Buyer Consumer Services (BUYERS)
☐ Credit Card Debt (CREDIT)
☐ Fraud (FRAUD)
☐ Other: (COOTH)
_____

**APPEALS**
☐ Appeal from Administrative Agency (AB)
☐ Appeal from District Court (XI)
☐ Other: (OTH)
_____

**MISC CIVIL**
☐ Constitutional Challenge (CCHAL)
☐ Habeas Corpus (HABEAS)
☐ Non-Domestic Relations Restraining Order (IP)
☐ Tax (TAX)
☐ Writs (WRITS)
☐ Other: (OTH) _____

**BUSINESS / COMMERCIAL**
☐ Business Tort (BCPI)
☐ Statutory Action (BCSA)
☐ Business Contract Dispute (BCCO)
☐ Other: (BCOTH) _____



This page was intentionally left blank