UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LESLIE BANADOS, | ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 22-125-DCR |
| V. | ) ) | |
| ALTO-SHAAM, INC., | ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Alto-Shaam, Inc.

2. This action is **DISMISSED** and **STRICKEN** from the docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: June 22, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky